In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00121-CR


 _____________________



CHAD LINDSAY BOATMAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from County Court at Law No. 2


Orange County, Texas


Trial Cause No. E97459






MEMORANDUM OPINION 


 We have before the Court a motion from the appellant, Chad Lindsay Boatman, to
dismiss his appeal. See Tex. R. App. P. 42.2. The appellant and his counsel of record both
signed the motion to dismiss the appeal. No opinion has issued in this appeal. The motion
is granted, and the appeal is therefore dismissed. 

 APPEAL DISMISSED. 

 ______________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered May 13, 2009 

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.